1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

WESTHOFF VERTRIEBSGES, MBH,

                                                    Plaintiff,

    v.

BLUESKYE CREATIVE, INC., *et al.*,

                                                    Defendants.

Case No. 22-cv-0938-BAS-NLS

**ORDER:**

**(1)  GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER COUNTER-COMPLAINT (ECF No. 14); and**

**(2)  TERMINATING AS MOOT PLAINTIFF'S MOTION TO DISMISS COUNTER-COMPLAINT (ECF No. 7)**

Before the Court is the parties' joint request to extend Plaintiff's deadline to respond to Defendants' Amended Counter-Complaint, filed September 13, 2022 (*see* ECF No. 13), from September 27, 2022 until October 18, 2022.[1]  (Joint Mot., ECF No. 14.)  Having

---

[1] Defendants mistakenly style their pleading as a "Cross-Complaint."  (*See* ECF No. 14.) "In California state court, a party may file a 'cross-complaint' setting forth a 'cause of action he has against any of the parties who filed the complaint . . . against him.'" *Intellisoft, Ltd. v. Acer Am. Corp.*, 955 F.3d

- 1 -

22cv0938

reviewed the parties' submission, and having found good cause, the Court **GRANTS** the Joint Motion and **ORDERS** Plaintiff to respond to the Amended Counter-Complaint **by no later than October 18, 2022**.[2]

**IT IS SO ORDERED.**

**DATED: September 27, 2022**

Hon. Cynthia Bashant
United States District Judge

_____

927, 930 (Fed. Cir. 2020) (quoting Cal. Civ. Proc. Code § 428.10(a)).  Such claims are equivalent to "counterclaims" under Federal Rules of Civil Procedure 13 and 14.  *See* Fed. R. Civ. P. 13(a)(1) (defining counterclaim as "any claim that . . . the pleader has against an opposing party").)  A crossclaim, as that term is defined by California state law, *is not* equivalent to a crossclaim, as defined by Federal Rules of Civil Procedure 13 and 14; a crossclaim in federal court is a claim "by one party against a *coparty*."  *See* Fed. R. Civ. P. 13(g) (emphasis added).  Because Defendants assert claims against Plaintiff only—and not against one another—their pleading exclusively asserts counterclaims.  Accordingly, the Court construes the pleading annexed as the "Amended Cross-Complaint" at ECF No. 14 as the "Amended Counter-Complaint."

[2] By this Order, the Court also **TERMINATES AS MOOT** Plaintiff's motion to dismiss the initial Cross-Complaint, filed in San Diego Superior Court.  (ECF No. 7.)

22cv0938