# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTHOFF VERTRIESBGSGES MBH, a German limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER BERG, an individual; BLUESKYE CREATIVE, INC., a California corporation; and DOES 1–10, inclusive;<br><br>　　　　　Defendants. | Case No. 22-cv-0938-BAS-SBC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF (ECF No. 75)** |

　　　　Before the Court is Plaintiff's Motion for Miscellaneous Relief. (ECF No. 75.) Plaintiff filed this motion on November 10, 2023, after realizing it had late-filed its Objection to the Sanctions Order (ECF No. 74) due to incorrectly calendaring the deadline. Upon considering the Plaintiff's *ex parte* application and the relevant four-factor test, the Court finds Plaintiff failed to timely act due to its counsel's excusable neglect. *See* Fed. R. Civ. P. 6(b); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1261 (9th Cir. 2010) (enumerating a four-factor equitable test for determining excusable neglect; *see also Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd.*, 507 U.S. 380, 392 (1993) ("[I]t is clear

that 'excusable neglect' under Rule 6(b) is a somewhat 'elastic concept' and is not limited strictly to omissions caused by circumstances beyond the control of the movant."). Thus, the Court retroactively extends the time period for Plaintiff to file its objection to November 10, 2023 and will consider Plaintiff's objection to the sanctions order.

**IT IS SO ORDERED.**

DATED: November 15, 2023

Hon. Cynthia Bashant
United States District Judge