1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

11  WESTHOFF VERTRIESBGSGES                Case No. 22-cv-0938-BAS-SBC
    MBH,
12                                         **ORDER LIFTING STAY**
                            Plaintiff,
13                                         **(ECF No. 88)**
14      v.

15  CHRISTOPHER BERG; BLUESKYE
    CREATIVE, INC.; and DOES 1–10,
16
                            Defendants.
17

18        This Court entered an automatic stay of the instant proceeding nearly nine months
19  ago after Defendants Berg and BlueSkye filed for bankruptcy.  (ECF No. 84.)  The Court
20  also permitted BlueSkye's counsel, Gordon Rees Scully Mansukhani, LLP ("GRSM") to
21  withdraw  as  counsel  for  Defendants,  leaving  BlueSkye,  a  corporation,  without
22  representation in the stayed case.  (*Id.*)  Plaintiff now informs the Court that the bankruptcy
23  court has granted "relief from stay and for reconsideration as to the accounting, fraud and
24  breach of fiduciary duty causes of action, along with the entirety of Plaintiff's motion for
25  attorneys' fees and costs."  (ECF No. 88 at 7.)  Accordingly, Plaintiff Westhoff now moves
26  to lift the stay in this action.  (*Id.*)

27        The  bankruptcy  court  in  the  related  proceeding  has  already  granted  Plaintiff
28  Westhoff's motion for stay relief and to proceed to final judgment in this Court with respect

22cv0938

to the accounting, fraud, and breach of fiduciary duty causes of action.  (*Id.*, Ex. A.) Accordingly, the Court **GRANTS** the Motion.  (*Id.*)

However, BlueSkye cannot proceed in this case without representation.  *See* CivLR 83.3(j); *see also CE Res., Inc. v. Magellan Grp., LLC*, No. 2:08-CV-02999MCEKJM, 2009 WL 3367489, at *2 (E.D. Cal. Oct. 14, 2009) ("It is a longstanding rule that corporations and other incorporated associations must appear in court through an attorney." (citing *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994)).  BlueSkye is hereby **ORDERED** to retain new counsel **within forty-five (45) days of the date of this order**, or risk default judgment.  *See United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming a default judgment against a corporate defendant that failed to comply with a court order requiring it to retain new counsel).

Within **fourteen days** of the date BlueSkye's counsel has entered an appearance, parties are **ORDERED** to contact the Magistrate Judge's chambers to schedule **both** a settlement conference and case management conference.  **BlueSkye is warned that if it does not retain counsel within the time period required by the Court, the Court may place BlueSkye in default**.

**IT IS SO ORDERED.**


**DATED: December 13, 2024**

Hon. Cynthia Bashant
**United States District Judge**

- 2 -

22cv0938